## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COREY GRANT,** | **Civil Action No. 22-6550 (SDW)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

This matter comes before the Court on Petitioner Corey Grant's motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255 ("2255 Motion") (ECF No. 1), Respondent United States's answer in opposition (ECF No. 31), and Petitioner's reply (ECF No. 36).  For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this __24th__ day of_____July_____, 2025

**ORDERED** that the 2255 Motion at ECF No. 1 is **GRANTED**; and it is further

**ORDERED** that the September 27, 2016 amended judgment of conviction in *United States v. Grant*, No. 90-cr-0328 (ECF No. 39) is **VACATED**; and it is further

**ORDERED** that the parties shall appear before this Court on a date to be determined for a *de novo* resentencing; and it is further

**ORDERED** that a certificate of appealability under 28 U.S.C. § 2253(c) shall not issue; and it is finally

**ORDERED** that the Clerk shall **CLOSE** the file.

_____
Hon. Susan D. Wigenton,
United States District Judge